IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:14-MJ-005  EFB |
| Plaintiff, | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) ) | |
| FRANCES MARIE CHARLES, | ) ) | |
| Defendant. | ) ) | |

The defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel.

OFFENSE:  18 USC § 1028 (a)(2)

CJA Panel attorney Peter Kmeto is hereby appointed effective January 23, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  1/24/2014

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

ORDER APPOINTING COUNSEL            1