BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2700
FAX: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-00077-TLN |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| FRANCES MARIE CHARLES, | |
| Defendant. | |

On or about April 3, 2014, defendant Frances Marie Charles entered a guilty plea to Count One and Six of the Information, which charges her with mail fraud and aggravated identity theft in violation of 18 U.S.C. §§ 1341 and 1028A(a)(1).

As part of his plea agreement with the United States, defendant Frances Marie Charles agreed to forfeit voluntarily and immediately up to $123,786.53, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. §§ 1341 and 1028A(a)(1), to which she has pled guilty. See Defendant Charles' Plea Agreement ¶ II.G.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Frances Marie Charles in the amount of $123,786.53.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Frances Marie Charles' conviction for violating §§ 1341 and 1028A(a)(1) (Counts One and Six). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Secret Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Secret Service, in its secure custody and control.

DATED:  4/11/2014             BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Christopher S. Hales
                              CHRISTOPHER S. HALES
                              Assistant U.S. Attorney

## O R D E R

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Frances Marie Charles in the amount of $123,786.53. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: April 14, 2014

_____
Troy L. Nunley
United States District Judge