UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES CHARLES, | No. 2:14-cr-77-TLN-EFB P |
| Movant, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. ECF No. 36. Since movant may be entitled to the requested relief, respondent is directed to file a response within sixty days from the date this order is issued. *See* Rule 4(b), Rules Governing Section 2255 Proceedings. Respondent shall include with any answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's reply, if any, is due on or before thirty days from the date respondent's answer is filed. *Id.*

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion on the United States Attorney or his authorized representative.

DATED: May 18, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE