PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00077-TLN-EFB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| FRANCES MARIE CHARLES, | |
| Defendants. | |

IT IS HEREBY ORDERED for the reasons stated in the government's Second Request for Extension of Time to File Supplemental Response to Defendant's 2255 Motion, that the government's time within which to file an amended answer addressing the effect, if any, of the San Joaquin County Superior Court records in this case, is hereby extended to September 22, 2016.

DATED: September 8, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE