PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00077-TLN-EFB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | DATE: |
| FRANCES MARIE CHARLES, | TIME: |
| | COURT: Hon. Edmund F. Brennan |
| Defendants. | |

IT IS HEREBY ORDERED for the reasons stated in the government's Request for Further Extension of Time to File Supplemental Response to Defendant's 2255 Motion, that the government's time within which to file an amended answer addressing the effect, if any, of the San Joaquin County Superior Court records in this case, is extended to October 27, 2016. No further extensions of time will be granted for this purpose absent a showing of extraordinary cause.

IT IS SO ORDERED this 3rd day of October, 2016.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[P~~ROPOSED~~] ORDER