UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　vs.<br><br>FRANCES MARIE CHARLES,<br><br>　　　　Movant. | No. 2:14-cr-77-TLN-EFB P<br><br><br>ORDER |

Movant Frances Marie Charles is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.[1]  Charles challenges her sentence of 65 months in prison on charges of identity theft and credit card fraud.  She seeks post-conviction relief on the grounds that her trial counsel rendered ineffective assistance in failing to properly challenge an "inaccurate charge" on her criminal record for purposes of calculating her criminal history score, and in failing to inform her that she was entitled to discovery.

Charles' motion was filed on May 8, 2015 (ECF No. 36) and the government filed its initial response on July 17, 2015 (ECF No. 42).  On July 26, 2016, the court ordered the government to provide all relevant documents related to a fraud to obtain aid conviction that occurred in either 2001 or 2002 in the San Joaquin County Superior Court.  ECF No. 49.  The

---

[1] This motion was assigned, for statistical purposes, the following civil case number: No. 2:15-cv-1012-TLN-EFB.

1 government filed those documents in conjunction with a supplemental opposition on October 27,
2 2016. ECF No. 64. Charles filed a reply to that supplemental opposition on October 4, 2016.
3 ECF No. 66.
4     In the interim, the Clerk attempted to deliver by mail an October 4, 2016 order granting
5 the government's request for an extension of time to file their supplemental opposition. ECF No.
6 61. The order was initially mailed to Charles on October 4, 2016, but on October 11, 2016 she
7 notified the court of a change in address and the order was re-sent. ECF No. 62. On November
8 21, 2016, mail sent to Charles was returned as undeliverable. ECF No. 67.
9     Local Rule 183(b) provides:

> A party appearing *in propria persona* shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

14 More than sixty-three days have passed since that mail was returned. Accordingly, Charles must
15 confirm or update her address within fourteen days of the date of this order. Failure to do so may
16 result in a recommendation that this action be dismissed without prejudice.
17 DATED: March 28, 2017.

           /s/ Edmund F. Brennan
           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE

2