UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>vs.<br><br>FRANCES MARIE CHARLES,<br><br>    Movant. | No. 2:14-cr-77-TLN-EFB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Frances Marie Charles ("movant") is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.[1] After mail sent to movant was returned as undeliverable (ECF No. 67), this court entered an order directing her to confirm or update her mailing address within fourteen days. ECF No. 68. That order was entered on March 28, 2017 (*id.*) and, to date, movant has not responded. She was warned that failure to respond to the order within the deadline could result in a recommendation that her section 2255 motion be dismissed without prejudice. *Id.* at 2.

    Accordingly, it is RECOMMENDED that the motion to vacate, set aside, or correct sentence (ECF No. 36) be dismissed without prejudice for failure to prosecute and the Clerk be directed to close the companion civil case, No. 2:15-cv-1012-TLN-EFB. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

---

[1] This motion was assigned, for statistical purposes, the following civil case number: No. 2:15-cv-1012-TLN-EFB.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within fourteen days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). In her objections movant may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case. *See* Rule 11, Rules Governing Section 2255 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

DATED: May 9, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE