UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>FRANCES MARIE CHARLES,<br><br>Movant. | No. 2:14-cr-00077-TLN-EFB P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2017, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/ / /

/ / /

1. The findings and recommendations filed May 9, 2017, are adopted in full.

2. The motion to vacate, set aside, or correct sentence (ECF No. 36) is dismissed without prejudice for failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

3. The Clerk is directed to close the companion civil case, No. 2:15-cv-01012-TLN-EFB.

Dated: June 13, 2017

_____
Troy L. Nunley
United States District Judge